# DOCUMENTS TO BE SEALED

## PLAINTIFF
## -V-
## DEFENDANT

DOCKET NUMBER: **22 CV 2690**

DATE FILED: **APR 01 2022**

SIGNED BY: **JUDGE FAILLA**

DATE SIGNED: **MAR 3 0 2022**

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITION ONLY

_____ OTHER DOCUMENTS/EXHIBITS