

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ALAN H. SCHEINER<br>Special Federal Litigation Division<br>phone: (212) 356-3455<br>fax: (212) 356-0399<br>email: ascheine@law.nyc.gov |

July 5, 2022

<u>**Via ECF**</u>

Hon. P. Kevin Castel
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      Re: *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"). I write to respectfully request, with the consent of plaintiff's counsel, that the Court (1) extend the time for the City to respond to the complaint by 30 days from July 5, 2022, to August 4, 2022; and (2) adjourn the initial conference scheduled for July 25, 2022 until a date at least 14 days following August 4, 2022, on a date convenient to the Court. Plaintiff's counsel consents to this request. This is the second request for adjournment of these dates; the first request was granted upon consent.

      The extension is requested for two reasons. First, the City and plaintiff only recently reached agreement on a confidentiality order governing this sensitive matter, and as a result did not receive a release from plaintiff under Gen. Mun. Law § 160.50. Without the release, the NYC Law Department has been unable to access documents relating to the matter. Second, according to plaintiff's counsel the individual defendant, named in the complaint as "Richard Roe," was served on June 28, 2022, and therefore the individual defendant's response would not be due until July 18, 2022. This office has not yet received a request to represent the individual defendant but expects to do so.

      As a result, the City requires additional time to complete its investigation of the matter and to prepare a response. In addition, it is in the interests of judicial economy for the City and the individual defendant to respond together, if possible, and the City will require additional time to make its determination of whether to represent the defendant under Gen. Mun. Law § 50-k. Therefore, the City respectfully requests that the Court make the same adjournments *sua sponte* for the individual defendant, so that the defendants may respond together.

In addition, for the same reasons, the City will require additional time to prepare for the Rule 16 conference in this matter, confer with the plaintiff's counsel, and submit the proposed Case Management Plan as required by Fed. R. Civ. P. 26(f) and the Court's Order of April 14, 2022. Accordingly, in accord with the Court's Individual Practices 1-B, the City respectfully requests that the initial conference set for July 25, 2022 be adjourned to a date at least fourteen days following August 4, 2022, the requested date to respond to the complaint.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
Senior Counsel

cc (via ECF): All Counsel

Time for all served defendants to respond extented to August 4, 2022.  July 25, 2022 conference adjourned to September 16, 2022 at 11:30 a.m.  The conference will proceed telephonically.   Call-in information is: Dial-In No.: 1-888-363-4749, Access Code: 3667981#.
SO ORDERED.
Dated:  7/6/2022

_____
P. Kevin Castel
United States District Judge