UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
JOHN DOE,                                                                               22-cv-2690 (PKC)

                Plaintiff,                                                            ORDER

    -against-

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------
CASTEL, District Judge

        The Initial Pre-Trial Conference scheduled for September 16, 2022 at 11:30 a.m. will now begin at 12:00 p.m.  The dial-in information remains the same.

        SO ORDERED.

                                               P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
        September 15, 2022