# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
NOEL R. LEÓN
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/24/2023

February 23, 2023

**APPLICATION GRANTED:** The Discovery Conference for Thursday, March 2, 2023 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, March 2, 2023 at 2:30 p.m.</u>

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
02/24/2023

*Via ECF*

Hon. Katharine H. Parker
United States District Court for the
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:   *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC) (KHP)

Your Honor:

This office represents Plaintiff in this case. Pursuant to the Court's Order Scheduling Discovery Conference, Dkt. 43, the Court scheduled the discovery conference for next week Thursday, March 2, 2023, at 11:00 a.m. On that day and time, Mr. Celli has a pre-scheduled investigative interview with several parties that would be very difficult to reschedule. For that reason, we respectfully request that the Court adjourn the discovery conference on March 2, 2023 at 11:00 a.m., and instead reschedule the discovery conference for 2:00-3:00 p.m. or after 4:00 p.m. the same day (March 2), or on another date in which the parties and Court are available. We have conferred with counsel for Defendants, and he consents to this request.

Respectfully submitted,

/s/
Andrew G. Celli, Jr.
Katherine Rosenfeld
Nairuby L. Beckles

cc:   All Counsel, via ECF