```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

         Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD
SERGEANT RICHARD ROE, and NYPD
OFFICERS JOHN AND JANE ROES #1-10,

         Defendants.

**ORDER**

22-CV-2690 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On April 3, 2023, the parties filed a joint status letter that raised several discovery disputes. (ECF No. 50.) After consideration of the parties' representations in the letter, the Court orders as follows:

**CI Database:** The Court previously denied Plaintiff's request for discovery of the "CI Database" (aka "SafeNet Records") on the grounds that the information was not relevant and, even if marginally relevant, its production is not proportional to the needs of the case. Plaintiff's request to be heard further on this issue based on its review of the relevant NYPD Protocol is denied.

**Logbooks:** Plaintiff's request for an order compelling production of Officer Roe's logbooks and memo books is denied. Plaintiff has not shown that Defense Counsel failed in its obligation to conduct a reasonable review of these documents or that its representations to the Court about the content of these documents is inaccurate.

**Depositions:** The parties are directed to meet and confer in good faith to schedule depositions. Based on the subject matter limitations the Court has already imposed,

1

depositions of the witnesses who were not involved in the arrest and prosecution of Plaintiff shall be limited to no more than three hours, subject to any post-deposition application for relief.

**Sealed Documents in Plaintiff's Underlying Criminal Case.** Any motion by Defendants to unseal the documents shall be filed by **Friday, April 14, 2023**, and Defendants shall serve a copy of the motion on the Special Narcotics Prosecutor and the U.S. Drug Enforcement Agency, and file proof of service on the docket. Any oppositions to the motion (including by Plaintiff, the Special Narcotics Prosecutor, and/or the U.S. Drug Enforcement Agency) are due on **Friday, April 28, 2023**. The parties shall immediately advise the Special Narcotics Prosecutor and the U.S. Drug Enforcement Agency of this briefing schedule. To the extent Plaintiff agrees to produce the documents to Defendants, he shall so advise the Court by **April 10, 2023**.

**Non-Party Document Subpoena.** Any motions for a protective order relating to non-party document subpoenas are due on **Friday, May 5, 2023;** opposition briefs are due on **Friday, May 19, 2023**; and replies are due on **Friday, May 26, 2023**.

**Case Management Conference.** A telephonic Case Management Conference is scheduled on **Monday, May 22, 2023 at 10:00 a.m.** At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#. To the extent the parties raised issues in the status letter that are not addressed by this Order, the Court will discuss those issues at the Conference. The parties shall meet and confer in advance of the Conference to narrow any outstanding disputes. On **Thursday, May 18, 2023,** the parties shall file a joint letter of no more than five pages setting forth agenda items for the conference.

**SO ORDERED.**

Dated: April 5, 2023
      New York, New York

                                                                  *Katharine H Parker*
                                             KATHARINE H. PARKER, U.S.M.J.