

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

April 28, 2023

**Via ECF**
Hon. Katherine H. Parker
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.  5/1/2023

Re: *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC) (KHP)

Your Honor:

I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"), assigned to the defense of the above-captioned matter. I write with respect to defendants' application of April 24, 2023 (ECF No. 56). I write on behalf of the parties and the non-parties Office of the Special Narcotics Prosecutor and the U.S. Drug Enforcement Administration with respect to defendants' application of April 17, 2023 (ECF No. 56) (the "Application") and the appended Proposed Order (ECF No. 56-1).

The parties and non-parties conferred today regarding the text of the Proposed Order and the non-parties and plaintiff's counsel requested additional time to resolve details of the drafting of the order. Defendants have no objection to that extension. <u>Accordingly, the parties and non-parties request that the Court extend the time for response to the Application from May 1, 2023 to May 8, 2023, at which time it is expected that a revised Proposed Order will be submitted for entry by the Court</u>.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
Senior Counsel

cc (via ECF): Counsel for Plaintiff
cc (via email):
    Counsel for the Special Narcotics Prosecutor
    Counsel for the Drug Enforcement Agency