```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD
SERGEANT RICHARD ROE, and NYPD
OFFICERS JOHN AND JANE ROES #1-10,

                Defendants.

**ORDER**

22-CV-2690 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the May 22, 2023 Case Management Conference:

The deadline for discovery is extended to **Monday, July 31, 2023**. The parties shall file a joint status letter by **July 31, 2023** advising the Court on the status of discovery and, if needed, requesting a reasonable extension of the discovery deadline.

On **Monday, June 5, 2023**, the parties shall have scheduled all depositions to occur by July 31, 2023, and shall file a joint status letter advising the Court of the schedule for all deposition dates. The parties are directed to be cooperative with each other and with relevant third parties in scheduling depositions.

Defendants shall produce law enforcement officer logbooks at least a week in advance of the deposition of any such officer.

      **SO ORDERED.**

Dated: May 22, 2023
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge