UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JOHN DOE,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, NYPD
SERGEANT RICHARD ROE, and NYPD
OFFICERS JOHN AND JANE ROES #1-10,

                        Defendants.
```

**ORDER**

22-CV-2690 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On March 3, 2023, the Court scheduled a settlement conference in this matter to occur on **July 24, 2023**. The Court subsequently extended the discovery deadlines in this case to **July 31, 2023**. By **Tuesday, May 30, 2023**, the parties shall meet and confer to discuss whether they anticipate that holding a settlement conference prior to the close of discovery would be productive. In the event the parties wish to adjourn the settlement conference to a later date after the close of discovery, they shall file a letter by May 30, 2023 seeking to adjourn the conference.

**SO ORDERED.**

Dated: May 22, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge