```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD
SERGEANT RICHARD ROE, and NYPD
OFFICERS JOHN AND JANE ROES #1-10,

                Defendants.

**ORDER**

22-CV-2690 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the July 24, 2023 Case Management Conference:

The deadline for all discovery is extended to **Friday, September 29, 2023**.

To the extent the parties anticipate seeking additional discovery from third parties, they shall make those discovery requests by **Monday, July 31, 2023**.

By **Tuesday, August 22, 2023**, the parties shall submit a joint status letter providing an update as to what, if any, discovery remains to be taken.

    **SO ORDERED.**

Dated: July 24, 2023
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge