USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

August 17, 2023

<u>Via ECF</u>

Hon. Katherine H. Parker
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.   8/18/2023

Re:   *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC)(KHP)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"), assigned to the defense of the above-captioned matter. Defendants respectfully request, as a joint application by all parties, that the Court adjourn the deadline for the parties to submit their pre-settlement conference letters from August 29, 2023 at 5:00 PM to September 21, 2023, 5:00 pm, which is one week before the conference date of September 28, 2023.

      On June 1, 2023, the Court adjourned the previously scheduled settlement conference from July 24, 2023 to September 28, 2023, and set the deadline for pre-conference submissions to August 29, 2023 at 5:00 PM. On July 24, 2023, upon the joint request of the parties, the Court extended the discovery deadline from July 31, 2023 to September 29, 2023. In light of the extension of the discovery deadline and the remaining time until the scheduled settlement conference, <u>defendants respectfully request that the Court adjourn the deadline for pre-conference submissions to one week before the conference</u>. The requested extension will allow time for the parties to incorporate the results of additional discovery into their submissions. (The extension will also allow additional time to avoid conflict with defendants' counsel's summer family vacation time.)

2

We thank the Court for its consideration of this matter.

                                                    Respectfully submitted,

                                                *Alan H. Scheiner* /s/

                                                Alan H. Scheiner
                                                Senior Counsel
                                                Special Federal Litigation Division

cc: All Counsel (via ECF)