```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

      -against-

THE CITY OF NEW YORK, NYPD
SERGEANT RICHARD ROE, and NYPD
OFFICERS JOHN AND JANE ROES #1-10,

                  Defendants.

**ORDER ADJOURNING SETTLEMENT
CONFERENCE**

**22-CV-2690 (PKC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Settlement Conference in this matter scheduled for **Thursday, September 28, 2023**

**at 10:00 a.m.** is hereby canceled.  The deadline to submit pre-conference submissions on

**September 27, 2023** is also adjourned.

       **SO ORDERED.**

Dated:   September 26, 2023
         New York, New York

                                  KATHARINE H. PARKER
                                 United States Magistrate Judge