

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/19/2023

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

October 18, 2023

**Via ECF**

Hon. Katherine H. Parker
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.  10/19/2023

Re: *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC) (KHP)

Your Honor:

I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"), assigned to the defense of the above-captioned matter.

Defendants write to respectfully request an extension of the time for the parties to make their submission on any remaining discovery issues from today to tomorrow, October 19, 2023. The extension is needed because defendants' counsel fell ill yesterday and is not available to work most of today. Plaintiff consents to this request.

In addition, we report that the parties and witness have agreed that Martin LaFalce will appear for a deposition on November 9, 2023.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/
Alan H. Scheiner
Senior Counsel

cc (via ECF): Counsel for Plaintiff