

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

October 19, 2023

<u>Via ECF</u>

Hon. Katherine H. Parker
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.  10/20/2023

Re: *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC) (KHP)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"), assigned to the defense of the above-captioned matter.

      Defendants write to respectfully request an additional extension of the time for the parties to make their submission on any remaining discovery issues from today, October 19, 2023, to Monday, October 23. The extension is needed because unfortunately defendants' counsel remains ill. Plaintiff consents to this request.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
Senior Counsel

cc (via ECF): Counsel for Plaintiff