UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | **ORDER** |
| -against- | 22-CV-2690 (PKC) (KHP) |
| THE CITY OF NEW YORK, NYPD SERGEANT RICHARD ROE, and NYPD OFFICERS JOHN AND JANE ROES #1-10, | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the October 31, 2023 Case Management and Discovery Conference:

Plaintiff's request to file a motion to compel payment records from the New York Police Department is denied.

The parties are permitted to serve subpoenas to cell carriers to determine ownership for the cell phone number that the Plaintiff called from jail.  If the parties request that the Court so-order these subpoenas, they shall submit the proposed subpoenas by **Friday, November 3, 2023.**

Defendants' anticipated motion to preclude late-produced discovery is due on **Friday, November 10, 2023**, and Plaintiff's opposition is due on **Friday, November 17, 2023**.  As a reminder, to the extent the parties need to file any exhibits under seal or in redacted form in connection with this motion (or any other motion/filing), they shall follow the sealing procedures outlined on pages 6-7 of my Individual Rules.[1]

---

[1] My Rules are available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf.

The deadline for Plaintiff's expert report is **Friday, December 15, 2023**.  Defendants' rebuttal expert report, if any, is due on **Friday, March 1, 2024**.  The deadline for completion of expert discovery is **Friday, March 29, 2024**.  The deadline for the anticipated *Daubert* motion to preclude reliance on Plaintiff's expert is **Friday, January 12, 2024**, and any opposition is due on **Friday, January 26, 2024**.

As a reminder, a settlement conference in this matter is scheduled to occur on **Thursday, December 14, 2023 at 10:00 a.m.**, and parties must attend in-person with their counsel.  Plaintiff shall respond to Defendants' most recent offer in advance of the Conference, and the parties are encouraged to continue to discuss potential resolutions of this matter.

**SO ORDERED.**

Dated: October 31, 2023
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge