

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

November 8, 2023

**Via ECF**
Hon. Katherine H. Parker
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**APPLICATION GRANTED**
*Katharine H. Parker* 11/13/2023
Hon. Katharine H. Parker, U.S.M.J.

Re: *John Doe v. City of New York, et al.*, 22-CV-2690 (PKC) (KHP)

Your Honor:

    I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York (the "City"), assigned to the defense of the above-captioned matter. Defendants write to respectfully request that the Court extend the time for defendants to submit their motion pursuant to Fed. R. Civ. P. 37 from November 13, 2023,m to November 10, 2023. The Court had set November 10, 2023, as the deadline for that motion, but because that date is a Court holiday the due date would be next business day, which is November 13, 2023. Plaintiff consents to this request and it is the first request for extension of this deadline.

    The extension is requested in part because defendants did not anticipate that City offices would be closed on November 7, 2023, in a City-wide holiday. In addition, certain urgent matters have arisen in another matter over the last few business days. Plaintiff requests that if the extension is granted that plaintiff be granted a concomitant extension of time to respond from November 15, 2023, to November 22, 2023, to which defendants consent.

    <u>Accordingly defendants respectfully request that the Court extend the time to file their motion from November 13 to November 15, 2023, and the time for plaintiff to respond from November 17 to November 22, 2023.</u>

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/
Alan H. Scheiner
Senior Counsel

cc (via ECF): Counsel for Plaintiff