# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

November 18, 2024

*Via ECF*

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *John Doe v. City of New York, et al.*, 22-cv-2690 (PKC) (KHP)

Dear Judge Castel:

This firm represents Plaintiff John Doe in this case.  We submit this letter to supplement Plaintiff's motion to seal (*see* ECF No. 186) with a news article published last week that demonstrates the danger that Plaintiff and his family would face if his identity were made public.  The news article, attached hereto as Exhibit A, discusses an ongoing "gang war" in northern Manhattan involving some of the same individuals and events that gave rise to this lawsuit.  This article makes clear that the gangs with which these individuals are associated are active and responsible for a great deal of violence in the neighborhoods in which they operate.  As discussed in Plaintiff's motion and supporting papers (*see* ECF Nos. 187 & 188), the revelation of Plaintiff's history as a CI would likely cause members of one or more of these gangs to target him for retribution.

Respectfully submitted,

/s
Andrew G. Celli, Jr.
Katherine Rosenfeld
Emily K. Wanger

Encl.

c.    All counsel of record, *via ECF*