UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN DOE,

                Plaintiff,                      22-cv-2690 (PKC)

    -against-                              ORDER

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action is scheduled for March 17, 2025 at 10 a.m. in Courtroom 11D.

        SO ORDERED.

                                                  P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       December 19, 2024