UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN DOE,

                Plaintiff,                22-cv-2690 (PKC)

   -against-                          ORDER

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

      The Court having been advised that all claims in the action have been settled, the trial scheduled for March 17, 2025 is VACATED. The Joint Pretrial Order (ECF 207) shall remain sealed.

      SO ORDERED.

                                       P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       March 14, 2025