# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

**Application GRANTED.
SO ORDERED.
Dated: 3/14/2025**

*[Signature: P. Kevin Castel, United States District Judge]*

March 13, 2025

*Via ECF*

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *John Doe v. City of New York, et al.*, 22-cv-2690 (PKC) (KHP)

Dear Judge Castel:

    This firm represents Plaintiff John Doe in this case. We write jointly with Defendants to inform the Court that the parties have reached a settlement in principle which they intend to finalize in the coming days. The parties therefore jointly request that the trial in this matter be adjourned *sine die*. Additionally, for the reasons previously set forth on the docket at ECF Nos. 186-188 & 197, the parties respectfully request that the Joint Pre-Trial Order filed at ECF No. 207 be sealed and removed from the public docket.

        Sincerely,

        /s
        Andrew G. Celli, Jr.
        Katherine Rosenfeld
        Emily K. Wanger