UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JOHN DOE,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, NYPD SERGEANT RICHARD
ROE, and NYPD OFFICERS JOHN AND JANE DOES #1-10,

                              Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

22-CV-2690 (PKC) (KHP)

        **WHEREAS,** plaintiff and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       April 25, 2025

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>*Attorneys for Plaintiff*<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Andrew G. Celli, Jr.<br>    Katherine Rosenfeld<br>    Emily K. Wanger<br>    *Attorneys for Plaintiff* | By: _____<br>    Brian Francolla<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2